McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IQRA AFZAL, et al., | ) |
| Plaintiff, | ) Case No.: 2:19-cv-1856 WBS AC ) |
| v. | ) ) |
| UNITED STATES DEPARTMENT OF STATE, et al., | ) **JOINT STIPULATION AND** ) **[PROPOSED] ORDER RE: EXTENSION** ) **OF TIME** |
| Defendants. | ) ) |

Defendants seek an additional 30 days in which to file an answer to the complaint or other dispositive pleading, and plaintiff does not object. Accordingly, the parties stipulate that the defendants' answer will be due on December 19, 2019.

Dated: November 14, 2019          Respectfully submitted,

                                                McGREGOR W. SCOTT
                                                United States Attorney

                                                s/ Audrey B. Hemesath
                                                AUDREY B. HEMESATH
                                                Assistant United States Attorney

                                                s/ Ruby Lieberman
                                                RUBY LIEBERMAN
                                                Attorney for the Plaintiff

[~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Dated: November 22, 2019  /s/ JOHN A. MENDEZ
for WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE