McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IQRA AFZAL, et al., | Case No.: 2:19-cv-1856 WBS AC |
| Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, et al., | **JOINT STIPULATION AND [PROPOSED] ORDER RE: SECOND EXTENSION OF TIME** |
| Defendants. | |

Defendants seek an additional 45 days in which to file an answer to the complaint or other dispositive pleading, and plaintiff does not object. Accordingly, the parties stipulate that the defendants' answer will be due on January 28, 2020.

Dated: December 17, 2019          Respectfully submitted,

                                               McGREGOR W. SCOTT
                                               United States Attorney

                                               s/ Audrey B. Hemesath
                                               AUDREY B. HEMESATH
                                               Assistant United States Attorney

                                               s/ Ruby Lieberman
                                               RUBY LIEBERMAN
                                               Attorney for the Plaintiff

ORDER

IT IS SO ORDERED.

Dated: December 18, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE