Ruby Lieberman, *Cal. State Bar Number 154304*
Law Office of Ruby Lieberman
369 Pine St. #725
San Francisco, CA 94104
Tel. (415)362-5158
Fax (415) 693-9411
rubylieberman@sbcglobal.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Iqra AFZAL, et al. | ) Case No.:2:19-cv-1856 WBS AC |
| Plaintiffs, | ) |
| v. | ) JOINT STIPULATION AND |
| | ) [PROPOSED] ORDER RE: |
| UNITED STATES DEPARTMENT OF STATE; HOMELAND SECURITY, et al., | ) EXTENSION OF TIME TO SUBMIT |
| | ) JOINT STATUS REPORT AND TO |
| Defendants. | ) SCHEDULE CONFERENCE |

This Court previously granted the parties' joint stipulation to extend Defendants deadline to file an answer until January 28, 2020. Based on that timeline, the parties jointly request that the deadline for the Joint Status Report be extended until March 2, 2020, and that the Scheduling Conference be postponed from January 21, 2020, and be re-set for Monday, March 16, 2020, at 1:30 p.m.

Dated: January 14, 2020                    Respectfully submitted,


                                           s/ Ruby Lieberman
                                           RUBY LIEBERMAN
                                           Attorney for the Plaintiff

                                           s/ Audrey B. Hemesath
                                           AUDREY B. HEMESATH
                                           Assistant United States Attorney

1

ORDER

IT IS HEREBY ORDERED that the deadline for the Joint Status Report be extended until March 2, 2020, and that the Scheduling Conference date be extended to Monday, March 16, 2020, at 1:30 p.m.

Dated: January 15, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE