Ruby Lieberman *California State Bar # 154304*
369 Pine Street, #725
San Francisco, CA 94104
Tel. (415) 362-5158
Fax. (415) 693-9411
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Iqra AFZAL, et al., | **No. 2:19-cv-1856-WBS AC** |
| Plaintiffs, | |
| v. | |
| Michael POMPEO, et al., | **JOINT STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL AND EAJA MOTION** |
| Defendants. | |

Plaintiffs brought this action asking the court to compel Defendants to complete processing of the immigrant visa application in this case. Defendants have completed processing of the application and have issued the visa. The parties therefore stipulate to voluntary dismissal of this case with this Court retaining jurisdiction to consider Plaintiff's Motion for Attorney fees pursuant to the Equal Access to Justice Act, the deadline for which is governed by 28 USC § 2412 (d). The Motion therefore will be filed no later than within 30 days of the 60 days allowed for appealing this Dismissal.

Dated: January 24, 2020          Respectfully submitted,


                                 s/ Ruby Lieberman
                                 RUBY LIEBERMAN
                                 Attorney for Plaintiff

Dated: January 24, 2020          s/Audrey B. Hemesath
                                 AUDREY B. HEMESATH
                                 Assistant United States Attorney

1

**ORDER**

Pursuant to the terms of the parties' stipulation for voluntary dismissal, IT IS HEREBY ORDERED that:

1. The matter is dismissed;
2. This Court retains jurisdiction to adjudicate a Motion submitted by Plaintiff under the Equal Access to Justice Act;
3. The deadline for any application for an award under the Equal Access to Justice Act is governed by 28 USC § 2412 (d).

IT IS SO ORDERED.

Dated: January 27, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE